AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

— OFFENSE CHARGED —

Title 15, United States Code,
Section 1 (Price Fixing)

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY:  See Attachment

CR09 1166 CRB

— Name of District Court, and/or Judge/Magistrate Location —

NORTHERN DISTRICT OF CALIFORNIA

— DEFENDANT - U.S —

▶ CHI MEI OPTOELECTRONICS

DISTRICT COURT NUMBER

DEFENDANT

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                                          SHOW
☐ U.S. ATTORNEY  ☐ DEFENSE       DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant                              MAGISTRATE
                                              CASE NO.
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person  Niall E. Lynch, Assistant Chief
Furnishing Information on this form  USDOJ, Antitrust Division

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Joseph P. Russoniello

IS *NOT* IN CUSTODY
    Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
    summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes"
been filed?    ☐ No     give date
                                  filed
DATE OF  ▶          Month/Day/Year
ARREST
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶  Month/Day/Year
TO U.S. CUSTODY

E-filing

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

Bail Amount:

* *Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                Before Judge:

Comments:

PENALTY SHEET

Company: CHI MEI OPTOELECTRONICS

<u>Maximum Penalties</u>: (For Each Count):

1. A fine in an amount equal to the largest of:

   A. $100 Million.

   B. Twice the gross pecuniary gain derived from the crime.

   C. Twice the gross pecuniary loss caused to the victims of the crime.

2. A term probation of at least one year but not more than five years.

3. $400 special assessment for each count.

4. Restitution.

1  NIALL E. LYNCH (State Bar No. 157959)
   MICHAEL L. SCOTT (State Bar No. 165452)
2  ALEXANDRA J. SHEPARD (State Bar No. 205143)
   HEATHER S. TEWKSBURY (State Bar No. 222202)
3  DAVID J. WARD (State Bar No. 239504)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA 94102
6  Telephone: (415) 436-6660

7  Attorneys for the United States

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA                    Case No. CR **1 1 6 6** CRB

12                                        )     **INFORMATION**
                                          )
13                  v.                     )    VIOLATION:
                                          )    Title 15, United States Code,
14                                         )    Section 1 (Price Fixing)
                                          )
15  CHI MEI OPTOELECTRONICS,               )
                                          )    San Francisco Venue
16                                         )
                  Defendant.               )
17                                         )
    _____)
18

19

20      The United States of America, acting through its attorneys, charges:

21                            I.

22                 DESCRIPTION OF THE OFFENSE

23      1.      CHI MEI OPTOELECTRONICS ("defendant") is made defendant on the charge

24  stated below.

25      2.      From on or about September 14, 2001 to on or about December 1, 2006,

26  defendant and its coconspirators entered into and engaged in a combination and conspiracy in the

27  United States and elsewhere to suppress and eliminate competition by fixing the prices of thin-

28  film transistor liquid crystal display panels ("TFT-LCD"). The combination and conspiracy

    INFORMATION - CHI MEI - PAGE 1

1  engaged in by the defendant and its coconspirators was in unreasonable restraint of interstate and

2  foreign trade and commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).

3      3.      The charged combination and conspiracy consisted of a continuing agreement,

4  understanding, and concert of action among the defendant and its coconspirators, the substantial

5  terms of which were to agree to fix the prices of TFT-LCD.

6      4.      For the purpose of forming and carrying out the charged combination and

7  conspiracy, the defendant and its coconspirators did those things that they combined and

8  conspired to do, including, among other things:

9              (a)    participating in meetings, conversations, and communications in Taiwan,

10                    Korea, and the United States to discuss the prices of TFT-LCD;

11             (b)    agreeing, during those meetings, conversations, and communications, to

12                    charge prices of TFT-LCD at certain predetermined levels;

13             (c)    issuing price quotations in accordance with the agreements reached; and

14             (d)    exchanging information on sales of TFT-LCD, for the purpose of

15                    monitoring and enforcing adherence to the agreed-upon prices.

16                                       II.

17                        DEFENDANTS AND COCONSPIRATORS

18      5.      CHI MEI OPTOELECTRONICS is a corporation organized and existing under

19  the laws of Taiwan, Republic of China. During the period covered by this Information, CHI MEI

20  OPTOELECTRONICS engaged in the business of producing and selling TFT-LCD to customers

21  in the United States and elsewhere.

22      6.      Various corporations and individuals, not made defendants in this Information,

23  participated as coconspirators in the offense charged in this Information and performed acts and

24  made statements in furtherance of it.

25      7.      Whenever in this Information reference is made to any act, deed, or transaction of

26  any corporation, the allegation means that the corporation engaged in the act, deed, or transaction

27  by or through its officers, directors, employees, agents, or other representatives while they were

28  actively engaged in the management, direction, control, or transaction of its business or affairs.

INFORMATION - CHI MEI - PAGE 2

1
III.

2
TRADE AND COMMERCE

3    8.    TFT-LCD are glass panels composed of an array of tiny pixels that are

4 electronically manipulated in order to display images. TFT-LCD are manufactured in a broad

5 range of sizes and specifications for use in televisions, notebook computers, desktop monitors,

6 mobile devices, and other applications.

7    9.    During the period covered by this Information, the defendant and its

8 coconspirators sold and distributed TFT-LCD in a continuous and uninterrupted flow of

9 interstate and foreign trade and commerce to customers located in states or countries other than

10 the states or countries in which the defendant and its coconspirators produced TFT-LCD.

11    10.    The business activities of the defendant and its coconspirators that are the subject

12 of this Information were within the flow of, and substantially affected, interstate and foreign

13 trade and commerce.

14
IV.

15
JURISDICTION AND VENUE

16    11.    The combination and conspiracy charged in this Information was carried out, in

17 part, in the Northern District of California, within the five years preceding the filing of this

18 Information.

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

INFORMATION - CHI MEI - PAGE 3

1   ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

2

3   Christine A. Varney

4   Assistant Attorney General

5

6   Scott D. Hammond

7   Deputy Assistant Attorney General

8

9   Marc Siegel

10  Director of Criminal Enforcement

11  United States Department of Justice
    Antitrust Division

12

13

14

15  Joseph P. Russoniello
    United States Attorney

16  Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

Phillip H. Warren
Chief, San Francisco Office

Niall E. Lynch
Assistant Chief, San Francisco Office

Alexandra J. Shepard
Michael L. Scott
Heather S. Tewksbury
David J. Ward
Attorneys

U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
(415) 436-6660

INFORMATION - CHI MEI - PAGE 4