NIALL E. LYNCH (State Bar No. 157959)
MICHAEL L. SCOTT (State Bar No. 165452)
HEATHER S. TEWKSBURY (State Bar No. 222202)
ALEXANDRA J. SHEPARD (State Bar No. 205143)
DAVID J. WARD (State Bar No. 239504)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | STIPULATED NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| | Case No. M 07-1827 SI |
| UNITED STATES OF AMERICA<br>v.<br>CHUNGHWA PICTURE TUBES, LTD.,<br>Defendant. | Case No. CR-08-0804 SI |
| UNITED STATES OF AMERICA<br>v.<br>LG DISPLAY CO. LTD. and<br>LG DISPLAY AMERICA, INC.,<br>Defendants. | Case No. CR-08-0803 SI |

[CAPTION CONTINUED ON NEXT PAGE]

///

///

NOTICE OF RELATED CASE - PAGE 1
Case No. CR-10-0335 JSW

*FILED*
2010 APR 23 P 3:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHARP CORP.,<br><br>Defendant. | Case No. CR-08-0802 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HITACHI DISPLAYS LTD.,<br><br>Defendant. | Case No. CR-09-0247 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>EPSON IMAGING DEVICES CORPORATION,<br><br>Defendant. | Case No. CR-09-0854 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION,<br><br>Defendant. | Case No. CR-09-1166 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHU-HSIANG "JAMES" YANG,<br><br>Defendant. | Case No. CR-10-0335 JSW |

Under Crim. L. R. 8-1, the United States and Defendant Chu-Hsiang "James" Yang file this Stipulated Notice of Related Case in a Criminal Action for this criminal case, United States v. Chu-Hsiang "James" Yang, to the previously filed criminal cases related to Judge Susan Illston, United States v. Sharp Corp., CR 08-0802 SI, United States v. LG Display Co. Ltd. and LG Display America Inc., CR 08-0803 SI, United States v. Chunghwa Picture Tubes

NOTICE OF RELATED CASE - PAGE 2
Case No. CR-10-0335 JSW

Ltd., CR 08-0804 SI, United States v. Hitachi Displays Ltd., 09-0247 SI, United States v. Epson Imaging Devices Corporation, CR 09-0854 SI, United States v. Chi Mei Optoelectronics Corporation, CR-09-1166 SI, and to the previously filed civil case assigned to Judge Illston, In re TFT-LCD (Flat Panel) Antitrust Litigation, M 07-1827 SI. These civil and criminal antitrust cases concern one or more of the same defendants and allege similar events and occurrences. Accordingly, the United States and Defendant Chu-Hsiang "James" Yang jointly request relating this case to Judge Illston.

On November 12, 2008, the United States filed three separate Informations in United States v. Sharp Corp., CR 08-0802 SI, United States v. LG Display Co. Ltd. and LG Display America Inc., CR 08-0803 SI, and United States v. Chunghwa Picture Tubes Ltd., CR 08-0804 SI, charging the three corporate defendants with participating in conspiracies to fix the prices of TFT-LCD in violation of Section 1 of the Sherman Act (15 U.S.C. § 1). The United States and the three defendants filed stipulated notices of related cases on November 14, 2008, requesting that the cases be related to the pending civil class action before Judge Illston, In re TFT-LCD (Flat Panel) Antitrust Litigation, M 07-1827 SI. The three cases were related to Judge Illston on November 20, 2008. Subsequently, the United States filed Informations against Hitachi Corporation, Epson Imaging Devices Corporation, Chi Mei Optoelectronics Corporation and several individuals and also filed stipulated notices of related cases requesting that these cases be related to Judge Illston. These cases were then related to Judge Illston.

The Information against Defendant Chu-Hsiang "James" Yang charges that he participated in a TFT-LCD price-fixing conspiracy related to certain TFT-LCD products. There are common events and occurrences alleged in this case and the numerous predecessor cases before Judge Illston. Specifically, Defendant Chu-Hsiang "James" Yang has agreed to plead guilty to conspiring to fix prices of certain TFT-LCD sold in the United States and elsewhere from April 1, 2004 to December 1, 2006. Chunghwa Pictures Tubes Ltd., LG Display Co. Ltd., LG Display America, Inc., and Chi Mei Optoelectronics Corporation also pled guilty to charges that they were involved in a conspiracy to fix the prices of TFT-LCD

NOTICE OF RELATED CASE - PAGE 3
Case No. CR-10-0335 JSW

1 sold worldwide during the same period.

2 Accordingly, the assignment of <u>United States v. Chu-Hsiang "James" Yang</u> to Judge Illston will likely conserve judicial resources and promote an efficient determination of the action.

DATED: April 21, 2010

Respectfully submitted,

BY: /s/ William E. Lawler III
William E. Lawler, III
Vinson & Elkins LLP
The Willard Office Building
1455 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004-1008
Tel (202) 639-6676
Fax: (202) 879-8876

Counsel for Chu-Hsiang "James" Yang

BY: /s/ Niall E. Lynch
Niall E. Lynch
Michael L. Scott
Heather S. Tewksbury
Alexandra J. Shepard
David J. Ward
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: (415) 436-6660
Fax: (415) 436-6687

NOTICE OF RELATED CASE - PAGE 4
Case No. CR-10-0335 JSW