NIALL E. LYNCH (State Bar No. 157959)
MICHAEL L. SCOTT (State Bar No. 165452)
HEATHER S. TEWKSBURY (State Bar No. 222202)
ALEXANDRA J. SHEPARD (State Bar No. 205143)
DAVID J. WARD (State Bar No. 239504)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | [PROPOSED] ORDER GRANTING STIPULATION OF RELATED CASE IN A CRIMINAL ACTION<br><br>Case No. M 07-1827 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD.,<br><br>Defendant. | Case No.  CR-08-0804 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LG DISPLAY CO. LTD. and<br>LG DISPLAY AMERICA, INC.,<br><br>Defendants. | Case No.  CR-08-0803 SI |

[CAPTION CONTINUED ON NEXT PAGE]

///

///

[PROPOSED] ORDER ON RELATED CASE - PAGE 1
Case No. CR-10-0335 JSW

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA | Case No. CR-08-0802 SI |
| 2 | v. | |
| 3 | SHARP CORP., | |
| 4 | Defendant. | |
| 5 | UNITED STATES OF AMERICA | Case No. CR-09-0247 SI |
| 6 | v. | |
| 7 | | |
| 8 | HITACHI DISPLAYS LTD., | |
| 9 | Defendant. | |
| 10 | UNITED STATES OF AMERICA | Case No. CR-09-0854 SI |
| 11 | v. | |
| 12 | EPSON IMAGING DEVICES CORPORATION, | |
| 13 | Defendant. | |
| 14 | | |
| 15 | UNITED STATES OF AMERICA | Case No. CR-09-1166 SI |
| 16 | v. | |
| 17 | CHI MEI OPTOELECTRONICS CORPORATION, | |
| 18 | Defendant. | |
| 19 | | |
| 20 | UNITED STATES OF AMERICA | Case No. CR-10-0335 JSW |
| 21 | v. | |
| 22 | CHU-HSIANG "JAMES" YANG, | |
| 23 | Defendant. | |

## [PROPOSED] ORDER

This Court has considered the Stipulated Notice of Related Case in a Criminal Action under Crim. L. R. 8-1, jointly filed by the United States and Defendant Chu-Hsiang "James" Yang. Because the assignment of <u>United States v. Chu-Hsiang "James" Yang</u>, CR-10-0335

[PROPOSED] ORDER ON RELATED CASE - PAGE 2
Case No. CR-10-0335 JSW

1  JSW, to Judge Susan Illston is likely to conserve judicial resources and promote an efficient
2  determination of the action, it is ordered that this case is transferred to Judge Illston.

3  Date: April __27, 2010

_____
U.S. District Court Judge

[PROPOSED] ORDER ON RELATED CASE - PAGE 3
Case No. CR-10-0335 JSW